

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00272-CV

Rebecca **FLORES** and Juan Flores,
Appellants

v.

**SAN ANTONIO KITCHEN & BATH, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03517
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The court reporter's record was due on July 5, 2022. On July 5, 2022, Ms. Kay Counseller, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a notification of late record, stating appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

On July 8, 2022, this court ordered appellant to provide written proof to this court no later than July 18, 2022, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. Our order cautioned appellant that if he failed to respond within the time provided, appellant's brief would be due within thirty days from the date of our July 8th order, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On July 18, 2022, appellant filed a letter with this court stating Ms. Counseller told him the cost of the record; however, he needs additional time to comply with our July 8th order. Appellant's request is GRANTED.

Appellant is ORDERED to provide written proof to this court **no later than August 17, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

If appellant fails to comply with this order on or before August 17th, appellant's brief will be due within thirty days from the date of this date order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court